```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 07 B 17677
   THERESA D BEAVER
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
             Debtor
   SSN XXX-XX-1605


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 09/27/2007 and was confirmed 11/15/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 02/27/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
-------------------------------------------------------------------------------
CHASE MORTGAGE SERVICES   CURRENT MORTG         .00              .00           .00
CHASE MORTGAGE SERVICES   MORTGAGE ARRE         .00              .00           .00
CHASE AUTO FINANCE        SECURED VEHIC         .00              .00           .00
CHASE MORTGAGE SERVICES   UNSECURED       NOT FILED             .00           .00
INTERNAL REVENUE SERVICE  PRIORITY          1077.65              .00           .00
CREDIT MANAGEMENT INC     UNSECURED       NOT FILED             .00           .00
PREMIER BANKCARD          UNSECURED          453.06              .00           .00
HEALTHCARE FINANCIAL S    UNSECURED       NOT FILED             .00           .00
HEALTHCARE FINANCIAL S    UNSECURED       NOT FILED             .00           .00
US DEPT OF EDUCATION      UNSECURED             .00              .00           .00
CHASE HOME FINANCE LLC    NOTICE ONLY     NOT FILED             .00           .00
VATIV RECOVERY SOLUTIONS  UNSECURED          121.04              .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         2213.15              .00           .00
INTERNAL REVENUE SERVICE  UNSECURED           20.44              .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       3,314.00                         743.65
TOM VAUGHN                TRUSTEE                                             50.85
DEBTOR REFUND             REFUND                                           1,135.00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                1,929.50

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                 743.65
TRUSTEE COMPENSATION                            50.85
DEBTOR REFUND                                1,135.00
                       ---------------     ---------------
TOTALS                 1,929.50             1,929.50

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 17677 THERESA D BEAVER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 08/20/08                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```